**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02661-BNB

JOHN T. GLOVER, III,

    Plaintiff,

v.

REGGIE BICHA, Executive Director, Colorado Department of Human Services, and
SUSAN BIRCH, Executive Director, Colorado Department of Health Care Policy &
Financing,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion filed on October 17, 2014 (ECF No. 7) requesting an extension of time in which to comply with the order of October 6, 2014, to cure deficiencies and file an amended Complaint is GRANTED up to and including **November 20, 2014**.

    The substance of the Verified Amended Complaint that Plaintiff filed on October 7, 2014 (ECF No. 6) will not be addressed.  The motion Plaintiff also filed on October 7, 2014 (ECF No. 5) asking this Court to accept the Verified Amended Complaint as his initial pleading is DENIED as unnecessary.

Dated:  October 21, 2014